PEOPLE EX REL. THOMAS HENDERSON v. WAYNE CIR-
CUIT JUDGE.

*Execution for costs on interlocutory order.*

Execution does not lie to enforce an order imposing costs as a con-
dition to a continuance, when the continuance has been waived.

MANDAMUS to vacate an order granting execution upon
an interlocutory order. Motion submitted and granted
January 21.

*Griffin & Dickinson* and *H. A. Chaney* for the writ.

*Chas. M. Swift* and *Hoyt Post* against.

PER CURIAM. A continuance had been granted in the
court below on condition of the payment of costs. The
party upon whom costs had been imposed preferred to
waive the continuance rather than pay the costs, but the
court held he could not do so, imposed the costs abso-
lutely, and issued execution to enforce the order.

*Held* that mandamus would lie to recall the execution
and rescind the order granting costs.